UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BOBBIE LEIGH ELLIS; AND CHARLES
GABRIEL ELLIS, FREDRICK WALLACE
ELLIS, AND CAMERON OLIVIA ELLIS,
MINOR CHILDREN BY NEXT FRIEND
AND MOTHER, BOBBIE LEIGH ELLIS             PLAINTIFF

VS.                                         CIVIL ACTION NO.5:06CV033

O.J. PACKNETT, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS DEPUTY
SHERIFF OF WILKINSON COUNTY,
MISSISSIPPI, ET AL                          DEFENDANTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT OF DISMISSAL

Considering the Motion to Dismiss filed by plaintiff, Bobbie Ellis, the Court grants the motion. As such, the Court orders that the above numbered and entitled matter be and the same is hereby dismissed, with full prejudice, as to the rights of plaintiff, Bobbie Ellis, individually and on behalf of her minor children, Charles Gabriel Ellis, Frederick Wallace Ellis and Cameron Olivia Ellis. All parties shall bear their own costs and attorney's fees.

SO ORDERED, this __12th__ day of December, 2007.

                                          s/ David Bramlette
                                          HONORABLE DAVID BRAMLETTE
                                          UNITED STATES DISTRICT JUDGE

Submitted by:

s/ Dennis Horn
Dennis Horn, counsel for plaintiffs,
Bobbie Ellis, et al

Approved by:

s/ Samuel B. Gabb
Samuel B. Gabb, counsel for defendants,
O.J. Packnett, et al